934 A.2d 700

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Lucas Martin HOBBS, Appellee.**

Supreme Court of Pennsylvania.

Nov. 21, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of November, 2007, the order of the Allegheny County Court of Common Pleas is reversed insofar as it declared Section 3802 of the Vehicle Code, 75 Pa.C.S. § 3802, unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Duda,* 592 Pa. 164, 923 A.2d 1138 (2007); *Commonwealth v. Finchio,* 592 Pa. 577, 926 A.2d 968 (2007). The Commonwealth's petition for an immediate remand is dismissed as moot.